No. 02-5427. CALLENDER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02-5428. DABNEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02-5429. COLES v. VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 02-5430. DRAYTON v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02-5431. LEWIS v. CALIFORNIA (two judgments). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 02-5432. KIM v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02-5433. LUKENS v. WELCH. C. A. 9th Cir. Certiorari denied.

No. 02-5434. LIPKA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02-5435. FONTROY v. OWENS ET AL. C. A. 3d Cir. Certiorari denied.

No. 02-5436. FONTROY v. OWENS. C. A. 3d Cir. Certiorari denied.

No. 02-5437. FONTROY v. STOUT ET AL. C. A. 3d Cir. Certiorari denied.

No. 02-5438. FONTROY v. PETSOCK ET AL. C. A. 3d Cir. Certiorari denied.

No. 02-5439. BUFORD v. EMPLOYEES OF SOLANO STATE PRISON ET AL. C. A. 9th Cir. Certiorari denied.

No. 02-5440. WILSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02-5441. PARMLEE v. CONNECTICUT DEPARTMENT OF REVENUE SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 02-5443. ANTONIO MARTINEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.